■ MICHAEL E. STROMAN, Appellant, v KALTENBACH, INC., Respondent. [845 NYS2d 210]—Appeal from an order of the Supreme Court, Onondaga County (Edward D. Carni, J.), entered January 4, 2007. The order denied plaintiff's motion for summary judgment. It is hereby ordered that the order so ap-

pealed from be and the same hereby is unanimously affirmed without costs. Present—Gorski, J.P., Smith, Centra, Lunn and Peradotto, JJ.